PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America


FILED
APR 19 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:

4017 Renwick Avenue, Elk Grove, California 95758, including any digital device(s) or other electronic storage media found therein.

CASE NO. 2:16-SW-54 CKD

[~~PROPOSED~~] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT MATERIALS

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, redacted application and affidavit, and return are unsealed. The original, unredacted application and affidavit shall remain under seal. The government ~~may~~ **shall** produce an unredacted copy of the sealed application and affidavit to defense counsel in *United States v. Alexander Jordan Miller*, No. 2:17-CR-52-JAM.

DATED: 4/19/17

_____
Hon. Allison Claire
United States Magistrate Judge

1